1  Ray K. Shahani, Esq. SBN 160,814
   Attorney at Law
2  Twin Oaks Office Plaza
   477 Ninth Avenue, Suite 112
3  San Mateo, California 94402-1854
   Telephone: (650) 348-1444
4  Facsimile: (650) 348-8655

5  Attorney for Plaintiff GUERNEVILLE BUSINESS
   CORPORATION, INC.

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUERNEVILLE BUSINESS CORPORATION, INC. | Case No: CV 10 5202 MEJ |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| MARK REBELOWSKI, an individual, SANFORD S. TROY, an individual, RIVER GEM RESORT, and DOES 1-10 | |
| Defendants. | |

17    NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro 41(a), plaintiff voluntarily

18  dismisses the above-captioned action in its entirety.

19

20    Respectfully submitted,

21

22                                              RAY K. SHAHANI
                                                ATTORNEY AT LAW

23  Dated: December 9, 2010          By: _____
                                                Ray K. Shahani, Esq.
24                                              **Attorney for Plaintiff**

25

26

27

28